Case 3:04-cv-00279-JM-JMA   Document 72   Filed 01/02/08   PageID.606   Page 1 of 2

|     |     |
| --- | --- |
| 1   |     |
| 2   |     |
| 3   |     |
| 4   |     |
| 5   |     |
| 6   |     |
| 7   |     |

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| AARON D. JOHNSON, CDC #H-72354, | CASE NO. 04cv0279 JM(JMA) |
| --- | --- |
| Plaintiff, | ORDER ADOPTING REPORT AND RECOMMENDATION RE: GRANTING OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT |
| vs. | |
| G. HERNANDEZ, D. CORNISH, | |
| Defendants. | |

On September 16, 2007 Magistrate Judge Jan M. Adler entered a Report and Recommendation recommending the granting of Defendants' motion for summary judgment ("R & R"). The R & R, expressly incorporated herein, thoroughly and thoughtfully analyzed Petitioner's claims in light of the evidentiary submissions of the parties and concluded that there were no genuine issues of material fact or law. Plaintiff filed objections to the R & R ("Objections"); and Defendants filed a reply in opposition to the Objections. Pursuant to Local Rule 7.1(d)(1), this matter is appropriate for decision without oral argument.

In his Objections, Plaintiff sets forth essentially the same arguments raised and addressed in the R & R. Instead of responding to these arguments a second time, the court adopts the R & R in its entirety. The Clerk of Court is instructed to enter

- 1 -                                                                                                                04cv0279

1  judgment in favor of Defendants and against Plaintiff.  The Clerk of Court is also
2  instructed to close the file.
3  **IT IS SO ORDERED.**
4  DATED:  January 2, 2008

_____
Hon. Jeffrey T. Miller
United States District Judge

8  cc:         All parties